# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129755

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DWON MONTEEK MAYS,
　　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129755
COA: 264239
Genesee CC: 03-012902-FH

　　　　On order of the Court, the application for leave to appeal the September 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

p1219